# EXHIBIT 10



| | |
|---|---|
| Document title: | Best of SI: Former NBA Player Royce White Takes on MMA - Athlon Sports Philadelphia 76ers News, Analysis and More |
| Capture URL: | https://athlonsports.com/nba/philadelphia-76ers/all-76ers/news/best-of-si-former-nba-player-royce-white-takes-mma |
| Page loaded at (UTC): | Wed, 27 Mar 2024 19:51:11 GMT |
| Capture timestamp (UTC): | Wed, 27 Mar 2024 19:58:57 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 11 |
| Capture ID: | 4rz9TwX6Ecfnj4V73mM4ma |
| User: | kh-admin |

PDF REFERENCE #: u29MQ2PwYcceVjdNfEHDM3



NEWS  GAME NIGHT  SCHEDULE  STATS  SCORES  BETTING

# Best of SI: Former NBA Player Royce White Takes on MMA

JUSTIN GRASSO • APR 14, 2020 8:58 AM EDT



Royce White Takes On MMA

The No. 16 pick in the 2012 NBA draft is basted in sweat, huffing and puffing in the gym as the veins on his arms and neck look as if they're attempting a jailbreak from his skin. At 6' 8" and 260-or-so pounds, Royce White is a mountain of man, but surprisingly agile. He's going through a battery of meticulously designed drills, alternately meant to improve offense, defense, movement, footwork and stamina.



Yet in this gym, there is no hoop. And there are no balls. Actually, check that. There are balls. They just don't bounce. Plyometric and medicine balls. White is working



**30+ Coolest Gifts Nobody Would Think Of**
Ad  Gadgets Lab

### Schedule

| DATE | | OPPONENT | | RESULT |
|---|---|---|---|---|
| Sat Mar 23 | @ |  Lakers | L | 101 - 94 |
| Sun Mar 24 | @ |  Clippers | W | 121 - 107 |
| Tue Mar 26 | @ |  Kings | L | 108 - 96 |
| Wed Mar 27 | vs |  Clippers | | 11:30 PM |
| Fri Mar 29 | @ |  Cavaliers | | 11:30 PM |
| Sun Mar 31 | @ | Raptors | | 10:00 PM |

**Full Schedule**

### Latest 76ers News

**76ers Prepare for Return of James Harden on Wednesday Night**

**NBA Insider Speculates Sixers Could Be Suitors for Clippers Star**

**Former Sixers Two-Way Player Has Major Performance in G League Battle**

**Nick Nurse Dishes Latest on Joel Embiid Before Sixers vs. Suns**

**Sixers' New Addition Remains Sidelined Due to Injury**

Yet in this gym, there is no hoop. And there are no balls. Actually, check that. There are balls. They just don't bounce. Plyometric and medicine balls. White is working to improve the range and accuracy not of his jump shot, but of his punches. The defense isn't about preventing his man from scoring; it's about preventing his opponent from blasting him in the face. The idea is not to conserve energy for the final, critical minutes of the game, but rather the final minutes of a fight, when your back isn't just metaphorically against a wall, but literally pressed up against a chain-link metal fence.



87-year-old lives in this tiny home in Washington - Tak...
Ad · Tips and Tricks

It was one Minnesotan, F. Scott Fitzgerald, who declared that there are no second acts in American life. It's long been disproven—even A-Rod is beloved these days—and here now comes another Minnesotan, Royce White, age 28, attempting a most unlikely sports encore. Six years after leaving the NBA—blackballed, he insists—he is refashioning himself as a mixed martial arts fighter. He began training in 2018, preparing for his first fight, likely to come later this year.



30+ Coolest Gifts Nobody Would Think Of
Ad · Gadgets Lab

*Click Here* to read the rest of "Royce White Takes on MMA," for FREE at *Sports Illustrated!*



FORMER NBA FIRST ROUND DRAFT PICK ROYCE WHITE SET TO MAKE MMA DEBUT
WHITE CLAIMS NBA BLACKBALLED HIM FOR SPEAKING ABOUT MENTAL HEALTH

Former NBA 1st Round Pick Royce White Takes Up MM...

 BY JUSTIN GRASSO

*Justin Grasso covers the Philadelphia 76ers for All76ers, a Sports Illustrated channel. You can follow him for live updates on Twitter: @JGrasso_.*


Sixers' New Addition Remains Sidelined Due to Injury

Document title: Best of SI: Former NBA Player Royce White Takes on MMA - Athlon Sports Philadelphia 76ers News, Analysis and More
Capture URL: https://athlonsports.com/nba/philadelphia-76ers/all-76ers/news/best-of-si-former-nba-player-royce-white-takes-mma
Capture timestamp (UTC): Wed, 27 Mar 2024 19:58:57 GMT
Page 2 of 10


*Justin Grasso covers the Philadelphia 76ers for All76ers, a Sports Illustrated channel. You can follow him for live updates on Twitter: @JGrasso_.*

 Follow @JGrasso_

  



Recommended for you

Recommended by Outbrain

Sponsored
**Find Your Perfect Fit: Job Near You Search Made Easy**
Stop searching far and wide for your next opportunity discover jobs near you with just a click! Our platform connects you with local...
Sponsored links | Sponsored

Sponsored
**Urologist: Enlarged Prostate? Do This Tonight (It's Genius)**
Prostate Report | Sponsored

Sponsored
**Renew Your Health: Explore Kidney Treatment Options Now!**
Google Search
Sponsored links | Sponsored

Sponsored
**Seniors: Here's Wha... (See Prices)**
Popular Searches|Search A...


FORMER NBA FIRST ROUND DRAFT PICK ROYCE WHITE SET TO MAKE MMA DEBUT
WHITE CLAIMS NBA BLACKBALLED HIM FOR SPEAKING ABOUT MENTAL HEALTH
Former NBA 1st Round Pick Royce White Takes Up MM...




Document title: Best of SI: Former NBA Player Royce White Takes on MMA - Athlon Sports Philadelphia 76ers News, Analysis and More
Capture URL: https://athlonsports.com/nba/philadelphia-76ers/all-76ers/news/best-of-si-former-nba-player-royce-white-takes-mma
Capture timestamp (UTC): Wed, 27 Mar 2024 19:58:57 GMT
Page 3 of 10


**Sponsored**
**Your Smile with Expert Dental Solutions. Discover Your Options Today!**
Google Search
Sponsored links | Sponsored


**Sponsored**
**Empty Cannon Beach Rentals Up For Grabs (Take A Look)**
TopSearchesNow | Sponsored


**Sponsored**
**Transform Your Career with an Online MBA**
Ready to take your career to the next level? Our online MBA program empowers professionals like you to develop leadership skills, expan…
Sponsored links | Sponsored


**Sponsored**
**The New Buick Lineup Has Arrived & It's Turning Heads - See Top Models**
GoSearches | Search Ads | Sponsored

**Sponsored**
**Cardiologist: How To Quickly Lose a Hanging Belly**
Try it tonight!
getfittoday.online | Sponsored

**Sponsored**
**Animal Activist Beg[s ... ] Dog**
mydogfoodguide.com | Sponsored




CLOSE ×

getfittoday.online | Sponsored

mydogfoodguide.com | Sponsored



**Tax Optimization for Realty Professionals.**
Maximize savings, plan for future realty success.
BlockAdvisors | Sponsored



**Every Season, Every Road: All Season Tires for All Drivers**
Google Search
Sponsored links | Sponsored



**Transform Your Business: Unlock Growth with Custom App Solutions**
Google Search
Sponsored links | Sponsored

**This Secret IRS Loophole Could Change Your Life**
Goldco | Sponsored

**The All New Mind Blowing Chevy Silverado Is Finally Here (Take a Look)**
Chevy Silverado 1500 | Sponsored

**New Small Electric Car For Seniors - The Price May Surprise You**
TopSearchesNow | Search Ads | Sponsored



Former NBA 1st Round Pick Royce White Takes Up MM...



**The All New Mind Blowing Chevy Silverado Is Finally Here (Take a Look)**
Chevy Silverado 1500 | Sponsored

**New Small Electric Car For Seniors - The Price May Surprise You**
TopSearchesNow | Search Ads | Sponsored



**The New Kia Telluride Will Leave You Speechless (See Prices)**
PopularSearches | Search Ads | Sponsored



**Forget The Blue Pill, Use This Household Food To Fight ED**
trkmeded.com | Sponsored

**New Retirement Villages Near Seattle (Take A Look At The Prices)**
Sponsored links | Sponsored

**Empty Washington Cabin Rentals Up For Grabs (Take A Look)**
TopSearchesNow | Search Ads | Sponsored

**America's Most Miserable Cities, Ranked 1-30**
StandardNews | Sponsored

**Loaded E-Bikes Are So Cheap Now (Search For Deals)**
BestSearches | Search Ads | Sponsored



Document title: Best of SI: Former NBA Player Royce White Takes on MMA - Athlon Sports Philadelphia 76ers News, Analysis and More
Capture URL: https://athlonsports.com/nba/philadelphia-76ers/all-76ers/news/best-of-si-former-nba-player-royce-white-takes-mma
Capture timestamp (UTC): Wed, 27 Mar 2024 19:58:57 GMT
Page 6 of 10

**America's Most Miserable Cities, Ranked 1-30**
StandardNews | Sponsored

**Loaded E-Bikes Are So Cheap Now (Search For Deals)**
BestSearches | Search Ads | Sponsored



**Prostate Enlargement? Urologist Begs: Do This Tonight**
Prostate Report | Sponsored

**Here's How To Fly Business Class For The Price of Economy**
BestSearches | Search Ads | Sponsored

**Do You Know What Crohn's Disease Is? Take a Look at the Common Signs and Symptoms**
Chrons Disease Symptoms | Search Ads | Sponsored

**The 6 Mistakes People Make When Hiring A Financial Advisor**
SmartAsset | Sponsored

**Seattle: Unsold Container Houses On Sale For Almost Nothing**
Shipping Container Homes | Search Ads | Sponsored

**Seattle: These Unsold Storage Units May Now Be Almost Given Away**
SmartConsumerInsider | Sponsored



Former NBA 1st Round Pick Royce White Takes Up MM...


CLOSE

Document title: Best of SI: Former NBA Player Royce White Takes on MMA - Athlon Sports Philadelphia 76ers News, Analysis and More
Capture URL: https://athlonsports.com/nba/philadelphia-76ers/all-76ers/news/best-of-si-former-nba-player-royce-white-takes-mma
Capture timestamp (UTC): Wed, 27 Mar 2024 19:58:57 GMT
Page 7 of 10

**Seattle: Unsold Container Houses On Sale For Almost Nothing**
Shipping Container Homes | Search Ads | Sponsored

**Seattle: These Unsold Storage Units May Now Be Almost Given Away**
SmartConsumerInsider | Sponsored

**1/2 Cup Of This (Before Bed) Can Melt Your Belly Fat Like Never Before!**
getfittoday.online | Sponsored

**Drive the Future: Electric Cars for Every Journey**
Google Search
electric-cars-1529328.xyz | Sponsored

**New Electric SUVs Come with Tiny Price Tags (Take a Look)**
Popular Search Now | Search Ads | Sponsor...

**Seattle:Senior Dental Implant Costs (Same Day Near You)**
QSearch| Search Ads | Sponsored

**Eye Bags Are Not From Age! Meet The Main Enemy Of Under-Eye Bags!**
wrinkles.pro | Sponsored

**Top Vet Begs You Not To Make This Easy Mistake With Your Dog**
mydogfoodguide.com | Sponsored

**Secure Your Future: Open a Bank Account Today!**
Google Search
bank-accounts-hu-hu-7486272.live | Sponsored

**New SUVs Many Do... (Take A Look)**
TopSearchesNow | Search...




**Enlarged Prostate? Try This Today - It's Genius**
Prostate Report | Sponsored


**Taking Metformin? Use This Household Food To Lower Blood Sugar**
diabeteslife.online | Sponsored


**New Jeep Grand Cherokee Is Blowing The Doors Off The Competition (Take A Look)**
Jeep Grand Cherokee - Sponsored Links | Sponsored


**Many Travelers Don't Realize Flying Private Is Cheap (Check The Price)**
TopSearchesNow | Search Ads | Sponsored


**Urologist: 87% of Men with E.D. Don't Know About This Easy Solution (Try Tonight!)**
trkmeded.com | Sponsored

Relieve Arthritis Pai...
Google Search
arthritis-treatment-589677... Info | Sponsored


Former NBA 1st Round Pick Royce White Takes Up MM...

Document title: Best of SI: Former NBA Player Royce White Takes on MMA - Athlon Sports Philadelphia 76ers News, Analysis and More
Capture URL: https://athlonsports.com/nba/philadelphia-76ers/all-76ers/news/best-of-si-former-nba-player-royce-white-takes-mma
Capture timestamp (UTC): Wed, 27 Mar 2024 19:58:57 GMT

Page 9 of 10


**Enlarged Prostate? Try This Today - It's Genius**
Prostate Report | Sponsored


**Taking Metformin? Use This Household Food To Lower Blood Sugar**
diabeteslife.online | Sponsored


**New Jeep Grand Cherokee Is Blowing The Doors Off The Competition (Take A Look)**
Jeep Grand Cherokee - Sponsored Links | Sponsored


**Many Travelers Don't Realize Flying Private Is Cheap (Check The Price)**
TopSearchesNow | Search Ads | Sponsored


**Urologist: 87% of Men with E.D. Don't Know About This Easy Solution (Try Tonight!)**
trkmeded.com | Sponsored

**Relieve Arthritis Pai**
Google Search
arthritis-treatment-58967...

© 2024
PRIVACY POLICY   TERMS OF USE


FORMER NBA FIRST ROUND DRAFT PICK ROYCE WHITE SET TO MAKE MMA DEBUT
WHITE CLAIMS NBA BLACKBALLED HIM FOR SPEAKING ABOUT MENTAL HEALTH
**Former NBA 1st Round Pick Royce White Takes Up MM...**

CLOSE ×

Document title: Best of SI: Former NBA Player Royce White Takes on MMA - Athlon Sports Philadelphia 76ers News, Analysis and More
Capture URL: https://athlonsports.com/nba/philadelphia-76ers/all-76ers/news/best-of-si-former-nba-player-royce-white-takes-mma
Capture timestamp (UTC): Wed, 27 Mar 2024 19:58:57 GMT