# EXHIBIT 12

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2024-03-29 20:10:15 EDT | | |
| Mark: | FANNATION | | |

# FanNation

| | | | |
|---|---|---|---|
| US Serial Number: | 98461300 | Application Filing Date: | Mar. 21, 2024 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/APPLICATION/Awaiting Examination The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. | |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| Status Date: | Mar. 21, 2024 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FANNATION |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Programming on a global computer network; Providing on-line publications in the nature of magazines in the field of topics of sports, popular culture, news, lifestyles, entertainment, trends, human interest stories; Digital video, audio, and multimedia publishing services; Entertainment in the nature of ongoing television programs in the field of topics of sports, popular culture, news, lifestyles, entertainment, trends, human interest stories; Entertainment services, namely, providing podcasts in the field of topics of sports, popular culture, news, lifestyles, entertainment, trends, human interest stories; Entertainment services, namely, providing ongoing television programs in the field of topics of sports, popular culture, news, lifestyles, entertainment, trends, human interest stories via a global computer network; Entertainment services, namely, providing video podcasts in the field of topics of sports, popular culture, news, lifestyles, entertainment, trends, human interest stories; Production of radio and television programmes; Providing a website featuring blogs and non-downloadable publications in the nature of magazines in the fields of topics of sports, popular culture, news, lifestyles, entertainment, trends, human interest stories; Providing current event news via a global computer network; Providing on-line newsletters in the field of topics of sports, popular culture, news, lifestyles, entertainment, trends, human interest stories; Publication of the editorial content of sites accessible via a global computer network | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jul. 15, 2014 | Use in Commerce: | Jul. 15, 2014 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ABG-SI LLC |
| **Owner Address:** | 1411 Broadway<br>New York, NEW YORK UNITED STATES 10018 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Bridgette Fitzpatrick |
| **Attorney Primary Email Address:** | bfitzpatrick@authentic.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Bridgette Fitzpatrick<br>Authentic Brands Group<br>1411 Broadway<br>New York, NEW YORK United States 10018 |
| **Phone:** | 646-490-9839 |
| **Correspondent e-mail:** | bfitzpatrick@authentic.com trademark@authentic.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 21, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Not Found |