UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>Defendants. | Case No. _____<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC certifies that Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC are limited liability companies organized under the laws of the State of Delaware.  Authentic Brands Group, LLC is the sole member of ABG Intermediate Holdings 1 LLC, which is the sole member of ABG Intermediate Holdings 2 LLC; and ABG Intermediate Holdings 2 LLC is the sole member of ABG-SI LLC.  Authentic Brands Group, LLC does not have a parent corporation.  No publicly held corporation owns 10% or more of the stock of Authentic Brands Group, LLC.

-2-

Dated: New York, New York
April 1, 2024

*(signature)*

Roberta A. Kaplan
Timothy S. Martin
D. Brandon Trice
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
tmartin@kaplanhecker.com
btrice@kaplanhecker.com

*Counsel for Plaintiffs*

-2-