UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>                       Plaintiffs,<br><br>            v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>                       Defendants. | Case No. _____ |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiffs Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 01, 2024

                                                        /s/ D. Brandon Trice
                                             _____
                                             D. Brandon Trice
                                             KAPLAN HECKER & FINK LLP
                                             350 Fifth Avenue, 63rd Floor
                                             New York, New York 10118
                                             Telephone: (212) 763-0883
                                             btrice@kaplanhecker.com

                                             *Counsel for Plaintiffs*