UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUTHENTIC BRANDS GROUP, LLC, ET AL.,

                Plaintiffs,

    - against -

THE ARENA GROUP HOLDINGS, INC, ET AL.,

                Defendants.

24-cv-2432 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **June 10, 2024** at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The time to respond to the complaint is stayed and a time will be set at the pre-motion conference.

**SO ORDERED.**

Dated:    New York, New York
           June 3, 2024

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge