

June 5, 2024

**VIA ECF**
Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *Authentic Brands Group, LLC, et al. v. The Arena Group Holdings, Inc. et al.*
          Case No. 24-02432 (JGK)

Your Honor:

    We represent Defendant The Arena Group Holdings, Inc. in the above-referenced matter. I write with the consent of counsel for all parties to respectfully request that the conference in the above-referenced matter scheduled for June 10, 2024 at 5:00 p.m. EST be rescheduled for a later date. I have a previously-scheduled obligation at that time that I am unable to move. I have confirmed that counsel for all parties are available on the following dates and times: June 11th before 4pm, June 12th and 13th before 1pm, and anytime on June 14th.

    If those dates and times are unavailable, the parties and counsel will make themselves available on another date and time convenient for the Court.

    We thank the Court for its courtesy.

                                                            Respectfully submitted,

                                                           */s/ Yonaton Aronoff*

                                                           Yonaton Aronoff

YONATON ARONOFF   YARONOFF@HS-LAW.COM   DIRECT (917) 512-9488

HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005