```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

AUTHENTIC BRANDS GROUP, LLC, ET AL.,

                Plaintiffs,

   - against -

THE ARENA GROUP HOLDINGS, INC, ET AL.,

                Defendants.

24-cv-2432 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The conference previously scheduled on June 10, 2024 at 5:00 p.m. is adjourned to **June 24, 2024** at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The time to respond to the complaint is stayed and a time will be set at the pre-motion conference.

SO ORDERED.

Dated:    **New York, New York**
                **June 10, 2024**

                                                John G. Koeltl
                                     United States District Judge