UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and
ABG INTERMEDIATE HOLDINGS 2 LLC,

                                  Plaintiffs,                      24 Civ. 2432 (JGK) (GS)

                -against-                                  **PRE-SETTLEMENT
                                                                         CONFERENCE ORDER**

THE ARENA GROUP HOLDINGS, INC. and MANOJ
BHARGAVA,

                                  Defendants.
------------------------------------------------------------------------X
THE ARENA GROUP HOLDINGS, INC.

                                  Third-Party Plaintiff,

                -against-

MINUTE MEDIA, INC.

                                  Third-Party Defendant.
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Thursday, July 25, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Meeting ID: [272 797 080 494], Passcode: R9WpD6.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
                July 17, 2024

                                                                 _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge