

**APPLICATION GRANTED
SO ORDERED**

7/19/24   John G. Koeltl, U.S.D.J.

July 19, 2024

**VIA ECF**
Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Authentic Brands Group, LLC, et al. v. The Arena Group Holdings, Inc. et al.*
Case No. 24-02432 (JGK)

Your Honor:

We represent Defendant The Arena Group Holdings, Inc. in the above-referenced matter. I write jointly with Plaintiffs Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC, and with Defendant Manoj Bhargava, further to the matters discussed with the Court during the July 16, 2024 conference. Plaintiffs and Defendants have conferred and propose the following dates, which I understand from counsel are also acceptable to Third-Party Defendant Minute Media, Inc.:

1. Amended pleadings, if any, to be filed by August 1, 2024;

2. Motions to dismiss, if any, to be filed by August 30, 2024;

3. Oppositions to any such motions to be filed within 45 days from the filing of such opening brief; and

4. Replies to be filed within 15 days from the filing of such opposition brief.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Yonaton Aronoff*

Yonaton Aronoff

YONATON ARONOFF   YARONOFF@HS-LAW.COM   DIRECT (917) 512-9488

HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005