UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUTHENTIC BRANDS GROUP, LLC,
                    Plaintiff(s)

        -against-

ABG-SI LLC, et al,
                    Defendant(s).
------------------------------------------------------------X

24 civ 2432 (JGK)

## ORDER

The matter having been referred to the magistrate judge on July 16, 2024,

The conference scheduled for August 8, 2024, at 2:30pm is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 25, 2024