UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>       Defendants.<br><br>THE ARENA GROUP HOLDINGS, INC.,<br><br>       Counter & Third-Party Plaintiff,<br><br>v.<br><br>AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>       Counter Defendants,<br><br>and<br><br>MINUTE MEDIA, INC.,<br><br>       Third-Party Defendant. | Case No. 1:24-cv-02432 |

**[PROPOSED] STIPULATION AND ORDER
AMENDING COUNTERCLAIMS AND THIRD-PARTY COMPLAINT**

    WHEREAS, on April 1, 2024, Plaintiffs Authentic Brands Group, LLC ("Authentic Brands"), ABG-SI LLC ("ABG-SI"), and ABG Intermediate Holdings 2 LLC ("ABG-IH2," together with Authentic Brands and ABG-SI, "ABG", "Plaintiffs" or "Counter Defendants")

commenced this action against Defendants The Arena Group Holdings, Inc. ("Arena") and Manoj Bhargava ("Bhargava") by filing a Complaint (ECF No. 1);

WHEREAS, on June 7, 2024, Arena filed its Counterclaims, Third-Party Complaint and Answer ("Counterclaims and Third-Party Complaint" (ECF No. 25)), answering Plaintiffs' Complaint, asserting counterclaims against Counter Defendants ABG, and asserting third-party claims against Minute Media, Inc. ("Third-Party Defendant");

WHEREAS, Sportority Inc., d/b/a Minute Media ("Minute") is an indirect subsidiary of Third-Party Defendant Minute Media, Inc. and a party to the Sports Illustrated licensing agreement with Plaintiffs Counter Defendants ABG;

ACCORDINGLY, IT IS HEREBY STIPULATED AND SO ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), upon the consent of Plaintiff-Counter Defendant ABG and Third-Party Defendant Minute Media, Inc., Arena is granted leave to amend its Counterclaims and Third-Party Complaint by: (a) dismissing Minute Media, Inc. as a Third-Party Defendant, without prejudice to refile; and (b) adding Sportority Inc., d/b/a Minute Media as a Third-Party Defendant.

2. A redline outlining the proposed amendments to the Counterclaims and Third-Party Complaint (the "Amended Counterclaims and Third-Party Complaint") is attached hereto as **Exhibit 1**.

3. Arena reserves its right to further amend the Amended Counterclaims and Third-Party Complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B).

4. Minute's counsel, Peter Doyle, Esq., has agreed to accept service on behalf of Third-Party Defendant Sportority Inc., d/b/a Minute Media.

5.      The filing of Arena's Amended Counterclaims and Third-Party Complaint will not extend Minute's time to respond to the Counterclaims and Third-Party Complaint which is due on August 30, 2024, or otherwise affect the motion to dismiss briefing schedule currently in place.

Dated: August 1, 2024

HARRIS ST. LAURENT & WECHSLER LLP

By: *[signature]*
Yonaton Aronoff, Esq.
Megan Dubatowka, Esq.
Juannell Riley, Esq.
40 Wall Street, 53rd Floor
New York, New York 10005
yaronoff@hs-law.com
mdubatowka@hs-law.com
jriley@hs-law.com
(212) 397-3370

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff The Arena Group Holdings, Inc.*

KAPLAN MARTIN LLP

By: *[signature]*
Roberta A. Kaplan, Esq.
Timothy S. Martin, Esq.
D. Brandon Trice, Esq.
350 Fifth Avenue, 63rd Floor
New York, New York 10118
rkaplan@kaplanmartin.com
tmartin@kaplanmartin.com
btrice@kaplanmartin.com
(212) 763-0883

*Attorneys for Plaintiffs Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC*

PROSKAUER ROSE LLP

By: *[signature]*
Peter Duffy Doyle, Esq.
Eleven Times Square
New York, New York 10036-8299
pdoyle@proskauer.com
(212) 969-3688

*Attorneys for Third-Party Defendant Minute Media, Inc. and Sportority Inc., d/b/a Minute Media*

SO ORDERED:

Dated: _____

United States District Judge John G. Koeltl