
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 16, 2024

```
Application granted. SO ORDERED.

Dated August 19, 2024        /s/ John G. Koeltl
New York, New York           John G. Koeltl, U.S.D.J.
```

**VIA ECF**

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 12007-1312

Re:   *Authentic Brands Group, LLC, et al. v. The Arena Group Holdings, Inc., et al.*
      Case No. 24-cv-02432 (JGK)

Dear Judge Koeltl:

    We are counsel for third-party defendant Sportority Inc., d/b/a Minute Media ("Minute") and write concerning Minute's forthcoming motion to dismiss the claims asserted against it in the third-party complaint of Arena Group Holdings, Inc. ("Arena") (ECF No. 49).

    Without prejudice to Arena's anticipated opposition, counsel for Arena has consented to Minute forgoing the filing of a pre-motion letter. Accordingly, Minute requests the Court's leave to forgo the pre-motion letter process and instead proceed directly to filing its motion to dismiss on or before August 30, 2024, in accordance with the so-ordered schedule (ECF No. 48).

                            Respectfully submitted,

                             */s/ Peter D. Doyle*

                             Peter D. Doyle

cc:   all counsel of record via ECF