UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMMEDIATE HOLDINGS 2 LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>    Defendants.<br><br>THE ARENA GROUP HOLDINGS, INC.,<br><br>    Counter & Third-Party Plaintiffs,<br><br>v.<br><br>AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>    Counter Defendants.<br><br>and<br><br>SPORTORITY INC., d/b/a MINUTE MEDIA,<br><br>    Third-Party Defendant. | Case No. 24-cv-02432 (JGK) (GS) |

## NOTICE OF DEFENDANT MANOJ BHARGAVA'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Manoj Bhargava respectfully requests that the Court dismiss Plaintiffs' claims against him. The bases for this Motion are set forth in the accompanying Memorandum of Law.

Dated: August 30, 2024                               Respectfully submitted,

                                                     S/ *Joseph E. Viviano*
                                                     Joseph E. Viviano (*admitted pro hac vice*)
                                                     Eric J. Pelton (*admitted pro hac vice*)
                                                     David A. Porter (*admitted pro hac vice*)
                                                     Lauren J. Walas (*admitted pro hac vice*)
                                                     KIENBAUM HARDY
                                                     VIVIANO PELTON & FORREST, P.L.C.
                                                     280 N. Old Woodward Ave., Ste. 400
                                                     Birmingham, MI 48009
                                                     Phone: (248) 645-0000
                                                     Facsimile: (248) 458-4581
                                                     jviviano@kvhpf.com
                                                     epelton@khvpf.com
                                                     dporter@khvpf.com
                                                     lwalas@khvpf.com

                                                     *Attorneys for Defendant Manoj Bhargava*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, the foregoing and all accompanying documents were served via the Court's CM/ECF system, which sent electronic notice of the filing to all counsel of record.

S/ <em>Joseph E. Viviano</em><br>
Joseph E. Viviano