UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>Defendants.<br><br>THE ARENA GROUP HOLDINGS, INC.,<br><br>Counter & Third-Party Plaintiff,<br><br>v.<br><br>AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>Counter Defendants,<br><br>and<br><br>SPORTORITY INC., d/b/a MINUTE MEDIA,<br><br>Third-Party Defendant. | Case No. 24-cv-2432 (JGK) (GS)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF PLAINTIFFS AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, AND ABG INTERMEDIATE HOLDINGS 2 LLC'S MOTION TO DISMISS DEFENDANT THE ARENA GROUP HOLDINGS, INC.'S COUNTERCLAIMS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC's (collectively, "ABG") Motion to Dismiss Defendant The Arena Group Holdings, Inc.'s ("Arena") Counterclaims, and the Declaration of D. Brandon Trice and the exhibits attached thereto, ABG, by and through its counsel, will move this court, before the Honorable John G.

1

Koeltl, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Arena's Counterclaims with prejudice.

Dated: New York, New York
August 30, 2024

Respectfully submitted,

Roberta A. Kaplan
Timothy S. Martin
D. Brandon Trice
Maximilian Crema
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, NY 10019
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
tmartin@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Attorneys for Plaintiffs Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC*