EXHIBIT H

## Re: Swimsuit and SI Kids

hillary.drezner@si.com Hillary Drezner                 Thursday, March 14, 2024 at 8:11:25 AM Pacific Daylight Time
To: msherman@authentic.com Michael Sherman
Cc: matthew.lombardi@maven.io Matthew Lombardi, mara.milam@si.com Mara Milam

+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

image001.png

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.


Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

**image001.png** 15k

---

**mara.milam@si.com Mara Milam**                              Thursday, March 14, 2024 at 11:44:40 AM Pacific Daylight Time
To: hillary.drezner@si.com Hillary Drezner
Cc: msherman@authentic.com Michael Sherman

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).


On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:
   + Mara


On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:


Hi Matt and Hillary –


See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.


You can disregard SI Kids if we want to focus on Swim for now.


Thanks,

Michael


image001.png


**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

**Ben Jata**
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

Attachments:

image001.png 15k

**SI SwimSearch Entrants (2022) -- 03-14-24.csv** 199k

**SI Swim Brand Partner List -- 03-14-24.csv** 456k

**SI Swimsuit Best Of Awards - ZoomInfo2 -- 03-14-24.csv** 456k

**Newsletter - The Swimfluence -- 03-14-24.csv** 596k

---

**mara.milam@si.com Mara Milam**                    Thursday, March 14, 2024 at 12:54:17 PM Pacific Daylight Time
To: hillary.drezner@si.com Hillary Drezner
Cc: msherman@authentic.com Michael Sherman

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:
Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:
+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

image001.png

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

**Ben Jata**
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

image001.png 15k

---

msherman@authentic.com Michael Sherman        Thursday, March 14, 2024 at 12:55:24 PM Pacific Daylight Time
To: mara.milam@si.com Mara Milam, hillary.drezner@si.com Hillary Drezner

Cc: cshanahan@authentic.com Christina Shanahan, bjata@authentic.com Ben Jata

Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.


Thanks!





**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids


Michael, can you provide a gmail address for access to GA?


On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).


On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara


On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:


Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

---

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

**Ben Jata**
**VP, GLOBAL DIGITAL OPS**

1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

**image001.png** 15k

---

cshanahan@authentic.com **Christina Shanahan**                    Thursday, March 14, 2024 at 1:20:30 PM Pacific Daylight Time
To: msherman@authentic.com **Michael Sherman**, mara.milam@si.com **Mara Milam**, hillary.drezner@si.com **Hillary Drezner**
Cc: bjata@authentic.com **Ben Jata**

christina.shanahan@gmail.com


Thanks!


Christina Shanahan

**SVP, ENTERTAINMENT MARKETING**

1411 Broadway 22nd Floor

M: 347.443.1847

authentic.com | Authentic Newsroom

Sign up for the Authentic weekly newsletter here.

---

**From:** Michael Sherman <msherman@authentic.com>
**Date:** Thursday, March 14, 2024 at 3:55 PM
**To:** Mara Milam <mara.milam@si.com>, Hillary Drezner <hillary.drezner@si.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>, Ben Jata <bjata@authentic.com>
**Subject:** RE: [EXTERNAL] Re: Swimsuit and SI Kids

Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.


Thanks!



Logo Description automatically generated


**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

image001.png 15k

image002.png 16k

---

bjata@authentic.com Ben Jata                                    Thursday, March 14, 2024 at 1:20:56 PM Pacific Daylight Time
To: msherman@authentic.com Michael Sherman, mara.milam@si.com Mara Milam, hillary.drezner@si.com Hillary Drezner
Cc: cshanahan@authentic.com Christina Shanahan

bjataabgnyc@gmail.com is mine for Google search console, GA, and any other Google properties.

Thanks,

**Ben Jata**
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

---

**From:** Michael Sherman <msherman@authentic.com>
**Sent:** Thursday, March 14, 2024 2:55:24 PM
**To:** Mara Milam <mara.milam@si.com>; Hillary Drezner <hillary.drezner@si.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>; Ben Jata <bjata@authentic.com>

**Subject:** RE: [EXTERNAL] Re: Swimsuit and SI Kids

Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.

Thanks!



**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara

> On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21ST Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

**image001.png** 15k

---

**mara.milam@si.com** Mara Milam                                    Thursday, March 14, 2024 at 1:27:11 PM Pacific Daylight Time
To: bjata@authentic.com Ben Jata
Cc: cshanahan@authentic.com Christina Shanahan, hillary.drezner@si.com Hillary Drezner, msherman@authentic.com Michael Sherman

Thank you!

Mara Milam
*Deputy Editor, Digital*
Sports Illustrated Swimsuit
mara.milam@si.com
(310) 384-5163

On Thu, Mar 14, 2024 at 1:21 PM Ben Jata <bjata@authentic.com> wrote:
bjataabgnyc@gmail.com is mine for Google search console, GA, and any other Google properties.

Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

---

**From:** Michael Sherman <msherman@authentic.com>
**Sent:** Thursday, March 14, 2024 2:55:24 PM
**To:** Mara Milam <mara.milam@si.com>; Hillary Drezner <hillary.drezner@si.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>; Ben Jata <bjata@authentic.com>
**Subject:** RE: [EXTERNAL] Re: Swimsuit and SI Kids

Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.

Thanks!

Logo Description automatically generated

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21ˢᵗ Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit

- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

image001.png 15k

---

cshanahan@authentic.com **Christina Shanahan**                Thursday, March 14, 2024 at 3:22:11 PM Pacific Daylight Time
To: mara.milam@si.com Mara Milam, bjata@authentic.com Ben Jata, mfernandez@authentic.com Mariana Fernandez
Cc: hillary.drezner@si.com Hillary Drezner, msherman@authentic.com Michael Sherman

Mara--if you could also add @Mariana Fernandez copied here, that would be great. She'll share her gmail.


Thanks again,

Christina




Christina Shanahan

**SVP, ENTERTAINMENT MARKETING**

1411 Broadway 22nd Floor

M: 347.443.1847

authentic.com | Authentic Newsroom

Sign up for the Authentic weekly newsletter here.




**From:** Mara Milam <mara.milam@si.com>
**Date:** Thursday, March 14, 2024 at 4:27 PM
**To:** Ben Jata <bjata@authentic.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>, Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids


Thank you!

Mara Milam

*Deputy Editor, Digital*

Sports Illustrated Swimsuit

mara.milam@si.com

(310) 384-5163


On Thu, Mar 14, 2024 at 1:21 PM Ben Jata <bjata@authentic.com> wrote:

bjataabgnyc@gmail.com is mine for Google search console, GA, and any other Google properties.



Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

---

**From:** Michael Sherman <msherman@authentic.com>
**Sent:** Thursday, March 14, 2024 2:55:24 PM
**To:** Mara Milam <mara.milam@si.com>; Hillary Drezner <hillary.drezner@si.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>; Ben Jata <bjata@authentic.com>
**Subject:** RE: [EXTERNAL] Re: Swimsuit and SI Kids


Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.


Thanks!



Logo Description automatically generated


**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0604
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

image001.png 15k

image001.png 16k

---

mfernandez@authentic.com Mariana Fernandez                    Thursday, March 14, 2024 at 3:48:08 PM Pacific Daylight Time
To: cshanahan@authentic.com Christina Shanahan, mara.milam@si.com Mara Milam, bjata@authentic.com Ben Jata
Cc: hillary.drezner@si.com Hillary Drezner, msherman@authentic.com Michael Sherman

Hi Mara,

My gmail is marianaf288@gmail.com.

Thanks!

Mariana

---

**From:** Christina Shanahan <cshanahan@authentic.com>
**Date:** Thursday, March 14, 2024 at 6:22 PM
**To:** Mara Milam <mara.milam@si.com>, Ben Jata <bjata@authentic.com>, Mariana Fernandez <mfernandez@authentic.com>

**Cc:** Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids

Mara--if you could also add @Mariana Fernandez copied here, that would be great. She'll share her gmail.

Thanks again,

Christina

Christina Shanahan

**SVP, ENTERTAINMENT MARKETING**

1411 Broadway 22nd Floor

M: 347.443.1847

authentic.com | Authentic Newsroom

Sign up for the Authentic weekly newsletter here.

---

**From:** Mara Milam <mara.milam@si.com>
**Date:** Thursday, March 14, 2024 at 4:27 PM
**To:** Ben Jata <bjata@authentic.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>, Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids

Thank you!

Mara Milam

*Deputy Editor, Digital*

Sports Illustrated Swimsuit

mara.milam@si.com

(310) 384-5163

On Thu, Mar 14, 2024 at 1:21 PM Ben Jata <bjata@authentic.com> wrote:

> bjataabgnyc@gmail.com is mine for Google search console, GA, and any other Google properties.
>
>
> Thanks,

**Ben Jata**
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

---

**From:** Michael Sherman <msherman@authentic.com>
**Sent:** Thursday, March 14, 2024 2:55:24 PM
**To:** Mara Milam <mara.milam@si.com>; Hillary Drezner <hillary.drezner@si.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>; Ben Jata <bjata@authentic.com>
**Subject:** RE: [EXTERNAL] Re: Swimsuit and SI Kids

Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.

Thanks!


Logo Description automatically generated

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit

- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

image001.png 16k

image002.png 15k

---

**mara.milam@si.com Mara Milam**              Friday, March 15, 2024 at 10:01:24 AM Pacific Daylight Time
To: mfernandez@authentic.com Mariana Fernandez
Cc: cshanahan@authentic.com Christina Shanahan, bjata@authentic.com Ben Jata, hillary.drezner@si.com Hillary Drezner,
msherman@authentic.com Michael Sherman

Added!

On Thu, Mar 14, 2024 at 3:48 PM Mariana Fernandez <mfernandez@authentic.com> wrote:

Hi Mara,

My gmail is marianaf288@gmail.com.

Thanks!

Mariana

---

**From:** Christina Shanahan <cshanahan@authentic.com>
**Date:** Thursday, March 14, 2024 at 6:22 PM
**To:** Mara Milam <mara.milam@si.com>, Ben Jata <bjata@authentic.com>, Mariana Fernandez
<mfernandez@authentic.com>
**Cc:** Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids

Mara--if you could also add @Mariana Fernandez copied here, that would be great. She'll share her gmail.

Thanks again,

Christina

Christina Shanahan

**SVP, ENTERTAINMENT MARKETING**

1411 Broadway 22nd Floor

M: 347.443.1847

authentic.com | Authentic Newsroom

Sign up for the Authentic weekly newsletter here.

---

**From:** Mara Milam <mara.milam@si.com>
**Date:** Thursday, March 14, 2024 at 4:27 PM
**To:** Ben Jata <bjata@authentic.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>, Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids

Thank you!

Mara Milam

*Deputy Editor, Digital*

Sports Illustrated Swimsuit

mara.milam@si.com

(310) 384-5163

On Thu, Mar 14, 2024 at 1:21 PM Ben Jata <bjata@authentic.com> wrote:

> bjataabgnyc@gmail.com is mine for Google search console, GA, and any other Google properties.
>
>
>
> Thanks,
>
> Ben Jata
> **VP, GLOBAL DIGITAL OPS**
> 1411 Broadway 21st Floor | New York, NY 10018
> M: 727.267.0504
> bjata@authentic.com | authentic.com
> Sign up for the Authentic weekly newsletter here.
>
> **From:** Michael Sherman <msherman@authentic.com>
> **Sent:** Thursday, March 14, 2024 2:55:24 PM
> **To:** Mara Milam <mara.milam@si.com>; Hillary Drezner <hillary.drezner@si.com>
> **Cc:** Christina Shanahan <cshanahan@authentic.com>; Ben Jata <bjata@authentic.com>
> **Subject:** RE: [EXTERNAL] Re: Swimsuit and SI Kids
>
>
> Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.

Thanks!


Logo Description automatically generated

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.

Thanks,

Michael

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids

Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.

If there are any other sub sites that we are going to take on please let me know.

Thanks,

**Ben Jata**
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

**Attachments:**

image001.png 16k

image002.png 15k

---

mfernandez@authentic.com Mariana Fernandez
To: mara.milam@si.com Mara Milam

Friday, March 15, 2024 at 11:01:24 AM Pacific Daylight Time

Thank you!

---

**From:** Mara Milam <mara.milam@si.com>
**Date:** Friday, March 15, 2024 at 1:01 PM
**To:** Mariana Fernandez <mfernandez@authentic.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>, Ben Jata <bjata@authentic.com>, Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids

Added!

On Thu, Mar 14, 2024 at 3:48 PM Mariana Fernandez <mfernandez@authentic.com> wrote:

Hi Mara,

My gmail is marianaf288@gmail.com.

Thanks!

Mariana

---

**From:** Christina Shanahan <cshanahan@authentic.com>
**Date:** Thursday, March 14, 2024 at 6:22 PM
**To:** Mara Milam <mara.milam@si.com>, Ben Jata <bjata@authentic.com>, Mariana Fernandez <mfernandez@authentic.com>
**Cc:** Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids

Mara--if you could also add @Mariana Fernandez copied here, that would be great. She'll share her gmail.

Thanks again,

Christina

Christina Shanahan

**SVP, ENTERTAINMENT MARKETING**

1411 Broadway 22nd Floor

M: 347.443.1847

authentic.com | Authentic Newsroom

Sign up for the Authentic weekly newsletter here.

---

**From:** Mara Milam <mara.milam@si.com>
**Date:** Thursday, March 14, 2024 at 4:27 PM
**To:** Ben Jata <bjata@authentic.com>
**Cc:** Christina Shanahan <cshanahan@authentic.com>, Hillary Drezner <hillary.drezner@si.com>, Michael Sherman <msherman@authentic.com>
**Subject:** Re: [EXTERNAL] Re: Swimsuit and SI Kids

Thank you!

Mara Milam

*Deputy Editor, Digital*

**Sports Illustrated Swimsuit**

mara.milam@si.com

(310) 384-5163

On Thu, Mar 14, 2024 at 1:21 PM Ben Jata <bjata@authentic.com> wrote:

> bjataabgnyc@gmail.com is mine for Google search console, GA, and any other Google properties.
>
> Thanks,
>
> Ben Jata
> **VP, GLOBAL DIGITAL OPS**
> 1411 Broadway 21st Floor | New York, NY 10018
> M: 727.287.0504
> bjata@authentic.com | authentic.com
> Sign up for the Authentic weekly newsletter here.
>
> ---
>
> **From:** Michael Sherman <msherman@authentic.com>
> **Sent:** Thursday, March 14, 2024 2:55:24 PM
> **To:** Mara Milam <mara.milam@si.com>; Hillary Drezner <hillary.drezner@si.com>
> **Cc:** Christina Shanahan <cshanahan@authentic.com>; Ben Jata <bjata@authentic.com>
> **Subject:** RE: [EXTERNAL] Re: Swimsuit and SI Kids
>
> Hey – Christina and Ben can provide theirs. Mine is Sherman.michael4@gmail.com.
>
> Thanks!

Logo Description automatically generated

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Mara Milam <mara.milam@si.com>
**Sent:** Thursday, March 14, 2024 3:54 PM
**To:** Hillary Drezner <hillary.drezner@si.com>
**Cc:** Michael Sherman <msherman@authentic.com>
**Subject:** [EXTERNAL] Re: Swimsuit and SI Kids

Michael, can you provide a gmail address for access to GA?

On Thu, Mar 14, 2024 at 11:44 AM Mara Milam <mara.milam@si.com> wrote:

Hi all,

- I've added both Michael and Ben to Google Search Console access for swimsuit.si.com and lifestyle.si.com. I'm awaiting confirmation that they have been added to GA.
- Email subscriber lists are attached. They include (The Swimfluence Newsletter, SI Swimsuit Best Of Awards, entrants, SI Swim Brand Partner List, SI Swim Search Entrants (2022)).

On Thu, Mar 14, 2024 at 8:11 AM Hillary Drezner <hillary.drezner@si.com> wrote:

+ Mara

On Mar 14, 2024, at 10:49 AM, Michael Sherman <msherman@authentic.com> wrote:

Hi Matt and Hillary –

See below from our tech guy. I'm sure there will be more requests but let's start here. I'm certainly out of my depth and we're typically used to transitioning retail sites for Juicy tracksuits, etc., so appreciate your help as we scramble to make this happen.

You can disregard SI Kids if we want to focus on Swim for now.


Thanks,

Michael

---

**Michael Sherman**

SENIOR VICE PRESIDENT, MEDIA BRANDS

1411 Broadway 21st Floor | New York, NY 10018

O: 646.876.8499 | M: 917.485.9166

msherman@authentic.com | www.authentic.com

Sign up for the Authentic weekly newsletter here

---

**From:** Ben Jata <bjata@authentic.com>
**Sent:** Wednesday, March 13, 2024 3:14 PM
**To:** Michael Sherman <msherman@authentic.com>
**Subject:** Swimsuit and SI Kids


Michael - for the Swimsuit and SI Kids projects can you please get me the following so we can start mapping and pricing out costs for the transition.

- Zone files for sikids.com and swimsuit
- Database and list of subscribers
  - Google Analytics and Search Console access for both

Separately, if we are going to replicate all content then I need an extract of everything from CMS – copy, images, etc.


If there are any other sub sites that we are going to take on please let me know.


Thanks,

Ben Jata
**VP, GLOBAL DIGITAL OPS**
1411 Broadway 21st Floor | New York, NY 10018
M: 727.267.0504
bjata@authentic.com | authentic.com
Sign up for the Authentic weekly newsletter here.

---

**Attachments:**

image001.png 16k

image002.png 15k