

October 15, 2024

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *Authentic Brands Group, LLC, et al. v. The Arena Group Holdings, Inc. et al.*, Case No. 24-cv-02432 (JGK)

Your Honor:

We represent Defendant, Counterclaimant, and Third-Party Plaintiff The Arena Group Holdings, Inc. ("Arena") in the above-referenced matter. Pursuant to Rule II.G of Your Honor's Individual Practices, Arena respectfully requests that oral argument be heard on the motions to dismiss of (i) Plaintiffs and Counterclaim Defendants Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC (ECF 65) and (ii) Third-Party Defendant Sportority Inc. d/b/a Minute Media (ECF 68).

Respectfully,

*/s/ Yonaton Aronoff*
Yonaton Aronoff

cc: All parties via ECF