

Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019

(212) 316-9500
rkaplan@kaplanmartin.com

October 16, 2024

<u>VIA ECF</u>

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 12007

    Re:    *Authentic Brands Group, LLC, et al. v. The Arena Group Holdings, Inc., et al.*, No. 24 Civ. 2432 (JGK) (GS)

Dear Judge Koeltl:

    We represent Plaintiffs Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC (collectively, "ABG") in the above-referenced matter. Pursuant to Rule II.G of Your Honor's Individual Practices, ABG respectfully requests that oral argument be heard on (i) Defendant Manoj Bhargava's motion to dismiss the claims asserted against him by ABG (ECF 62), and (ii) ABG's motion to dismiss the counterclaims asserted against it by Defendant The Arena Group Holdings, Inc. (ECF 65).

                                  Respectfully submitted,

                                  Roberta A. Kaplan

cc:    Counsel of Record (via ECF)