UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

AUTHENTIC BRANDS GROUP, LLC, ET AL.,

                    Plaintiffs,

          - against -

THE ARENA GROUP HOLDINGS, INC., ET
AL.,

                    Defendants.

————————————————————————————

24-cv-2432 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The parties are directed to appear, by phone, for a
conference on **February 25, 2025**, at **12:30 p.m.**

     Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
          February 19, 2025

                              John G. Koeltl
                         United States District Judge