```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

AUTHENTIC BRANDS GROUP, LLC, ET AL.,

        Plaintiffs,

   - against -

THE ARENA GROUP HOLDINGS, INC., ET AL.,

        Defendants.

24-cv-2432 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs may file an Amended Complaint by **March 4, 2025**. The defendants should move or answer by **April 4, 2025**. No pre-motion conference is necessary. The plaintiffs should respond to any motion to dismiss by **April 25, 2025**. The defendants may reply by **May 9, 2025**. The outstanding fully briefed motion to dismiss, see ECF No. 62, is **dismissed without prejudice** as moot.

SO ORDERED.
Dated:   New York, New York
        February 25, 2025

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                            United States District Judge