## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>        Defendants. | Case No. 24-cv-2432 (JGK) (GS) |
| THE ARENA GROUP HOLDINGS, INC.,<br><br>        Counter & Third-Party Plaintiff,<br><br>    v.<br><br>AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>        Counter Defendants,<br><br>and<br><br>SPORTORITY INC., d/b/a MINUTE MEDIA,<br><br>        Third-Party Defendant. | |

## STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO MOVE OR ANSWER THE AMENDED COMPLAINT

WHEREAS, on February 25, 2025, this Court entered an order that the plaintiffs may file an Amended Complaint by March 4, 2025 (ECF 99 (the "February 25 Order"));

WHEREAS, Plaintiffs-Counter Defendants Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC filed an Amended Complaint (ECF 100; ECF 101 (corrected filing));

WHEREAS, the February 25 Order also set a schedule for defendants to move or answer

the Amended Complaint and for briefing on any motion to dismiss the Amended Complaint (ECF 99);

WHEREAS, the parties to the above-captioned action are engaged in settlement discussions and wish to avoid burdening the Court with briefing on a motion that may soon become moot; and

WHEREAS, on April 3, 2025, the parties met and conferred regarding the schedule for defendants to move or answer the Amended Complaint and for briefing on any motion to dismiss, and they agree that an extension of the schedule would benefit the settlement discussions and potentially avoid burdening the Court with unnecessary briefing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action that:

1. Defendants should move or answer the Amended Complaint by May 5, 2025;

2. Plaintiffs should file their response to any motion to dismiss by May 26, 2025; and

3. Defendants should file any reply by June 9, 2025.

Dated: April 3, 2025
       New York, New York


 /s/ Roberta A. Kaplan                               /s/ Yonaton Aronoff
Roberta A. Kaplan                          Yonaton Aronoff
Timothy S. Martin                          Megan Dubatowka
D. Brandon Trice                           Juanell Riley
Maximilian T. Crema                        HARRIS ST. LAURENT & WECHSLER LLP
KAPLAN MARTIN LLP                          40 Wall Street, 53rd Floor
1133 Avenue of the Americas, Suite 1500    New York, New York, 10005
New York, New York 10036                   yaronoff@hs-law.com
Tel.: (212) 316-9500                       mdubatowka@hs-law.com
rkaplan@kaplanmartin.com                   jriley@hs-law.com
tmartin@kaplanmartin.com                   (212) 397-3370
btrice@kaplanmartin.com
mcrema@kaplanmartin.com                    *Counsel for Defendant-Counterclaimant*
                                           *The Arena Group Holdings, Inc.*

*Counsel for Plaintiffs-Counter Defendants*
*Authentic Brands Group, LLC, ABG-SI LLC, and*
*ABG Intermediate Holdings 2 LLC*


 */s/ Joseph E. Viviano*
Joseph E. Viviano (*admitted pro hac vice*)
Eric J. Pelton (*admitted pro hac vice*)
David Porter (*admitted pro hac vice*)
Lauren J. Walas (*admitted pro hac vice*)
KIENBAUM HARDY
VIVIANO PELTON & FORREST P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
Phone: (248) 645-0000
Facsimile: (248) 458-4581
jviviano@kvhpf.com
epelton@khvpf.com
dporter@khvpf.com
lwalas@khvpf.com

*Counsel for Defendant Manoj Bhargava*


**IT IS SO ORDERED.**


_____
Hon. John G. Koeltl

Dated:  April __, 2025