UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>Defendants.<br><br>THE ARENA GROUP HOLDINGS, INC.,<br><br>Counter & Third-Party Plaintiff,<br><br>v.<br><br>AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>Counter Defendants,<br><br>and<br><br>SPORTORITY INC., d/b/a MINUTE MEDIA,<br><br>Third-Party Defendant. | Case No. 1:24-cv-02432 (JGK) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(l)(A)(ii) AND (c)(2)**

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants The Arena Group Holdings, Inc. and Manoj Bhargava, Counter Defendants Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC, and Third-Party Defendant Sportority Inc., d/b/a Minute Media, and previously dismissed Third-Party Defendant Minute Media Inc., pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) and (c)(2).

Dated:    April 25, 2025
             New York, New York

KAPLAN MARTIN LLP

/s/ Timothy S. Martin

Roberta A. Kaplan
Timothy S. Martin
Dennis B. Trice
1133 Avenue of the Americas, Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
tmartin@kaplanmartin.com
btrice@kaplanmartin.com

*Attorneys for Plaintiffs and Counter Defendants Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC*

HARRIS ST. LAURENT & WECHSLER LLP

/s/ Yonaton Aronoff

Yonaton Aronoff
Megan Dubatowka
Juannell Riley
40 Wall Street, 53rd Floor
New York, New York 10005
Tel.: (212) 397-3370
yaronoff@hs-law.com
mdubatowka@hs-law.com
jriley@hs-law.com

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff The Arena Group Holdings, Inc. and Defendant Manoj Bhargava*

KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.

/s/ Joseph E. Viviano

Eric J. Pelton (admitted *pro hac vice*)
Joseph E. Viviano (admitted *pro hac vice*)
David Porter (admitted *pro hac vice*)
Lauren Walas (admitted *pro hac vice*)
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
Tel.: (248) 645-0000
epelton@khvpf.com
jviviano@kvhpf.com
dporter@khvpf.com

*Attorneys for Defendant Manoj Bhargava*

PROSKAUER ROSE LLP

/s/ Adam Farbiarz

Peter D. Doyle
Adam Farbiarz
Timothy E. Burroughs
Eleven Times Square
New York, New York 10036
Tel.: 212.969.3688
pdoyle@proskauer.com
afarbiarz@proskauer.com
tburroughs@proskauer.com

*Attorneys for Third-Party Defendant Sportority Inc. d/b/a Minute Media and Minute Media Inc.*

2