UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE ARENA GROUP HOLDINGS, INC. and MANOJ BHARGAVA,<br><br>      Defendants.<br><br>THE ARENA GROUP HOLDINGS, INC.,<br><br>      Counter & Third-Party Plaintiff,<br><br>  v.<br><br>AUTHENTIC BRANDS GROUP, LLC, ABG-SI LLC, and ABG INTERMEDIATE HOLDINGS 2 LLC,<br><br>      Counter Defendants,<br><br>  and<br><br>SPORTORITY INC., d/b/a MINUTE MEDIA,<br><br>      Third-Party Defendant. | Case No. 1:24-cv-02432 (JGK) |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(l)(A)(ii) AND (c)(2)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants The Arena Group Holdings, Inc. and Manoj Bhargava, Counter Defendants Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC, and Third-Party Defendant Sportority Inc., d/b/a Minute Media, and previously dismissed Third-Party Defendant Minute Media Inc., pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) and (c)(2).

Dated: April 25, 2025
New York, New York

| | |
|---|---|
| KAPLAN MARTIN LLP | HARRIS ST. LAURENT & WECHSLER LLP |
| *(signature)* | *(signature)* |
| Roberta A. Kaplan | Yonaton Aronoff |
| Timothy S. Martin | Megan Dubatowka |
| Dennis B. Trice | Juannell Riley |
| 1133 Avenue of the Americas, Suite 1500 | 40 Wall Street, 53rd Floor |
| New York, New York 10036 | New York, New York 10005 |
| Tel.: (212) 316-9500 | Tel.: (212) 397-3370 |
| rkaplan@kaplanmartin.com | yaronoff@hs-law.com |
| tmartin@kaplanmartin.com | mdubatowka@hs-law.com |
| btrice@kaplanmartin.com | jriley@hs-law.com |
| *Attorneys for Plaintiffs and Counter Defendants Authentic Brands Group, LLC, ABG-SI LLC, and ABG Intermediate Holdings 2 LLC* | *Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff The Arena Group Holdings, Inc. and Defendant Manoj Bhargava* |
| KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. | PROSKAUER ROSE LLP |
| *(signature)* | *(signature)* |
| Eric J. Pelton (admitted *pro hac vice*) | Peter D. Doyle |
| Joseph E. Viviano (admitted *pro hac vice*) | Adam Farbiarz |
| David Porter (admitted *pro hac vice*) | Timothy E. Burroughs |
| Lauren Walas (admitted *pro hac vice*) | Eleven Times Square |
| 280 N. Old Woodward Ave., Ste. 400 | New York, New York 10036 |
| Birmingham, MI 48009 | Tel.: 212.969.3688 |
| Tel.: (248) 645-0000 | pdoyle@proskauer.com |
| epelton@khvpf.com | afarbiarz@proskauer.com |
| jviviano@kvhpf.com | tburroughs@proskauer.com |
| dporter@khvpf.com | |
| *Attorneys for Defendant Manoj Bhargava* | *Attorneys for Third-Party Defendant Sportority Inc. d/b/a Minute Media and Minute Media Inc.* |